# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| In Re: | Case No:    04-55353 |
| DIANE STALLION | |
| 1470 BARNES DR E | Judge:    CHARLES M. CALDWELL |
| COLUMBUS, OH  432299003 | |

SSN(S):    XXX-XX-4733

## NOTICE OF TRANSMITTAL OF UNCLAIMED FUNDS

Now comes Frank M. Pees, Standing Chapter 13 Trustee herein, and pursuant to

11 U.S.C. 347(a) and Bankruptcy Rule 3011, places unclaimed funds into the Registry

Fund.

Dated:   January 25, 2010                    /s/ Frank M. Pees
                                             Frank M. Pees
                                             Chapter 13 Trustee

| **Name and Address** | **Amount** |
|---|---|
| ALWAYS PAYDAY % ADHY LLC<br>495 S HIGH ST STE 250<br>COLUMBUS, OH  43215 | 16.28 |