# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

In Re:  
DIANE STALLION  
1470 BARNES DR E  
COLUMBUS, OH  432299003

Case No:    04-55353

Judge:      CHARLES M. CALDWELL

SSN(S):    XXX-XX-4733

## NOTICE OF TRANSMITTAL OF UNCLAIMED FUNDS

Now comes Frank M. Pees, Standing Chapter 13 Trustee herein, and pursuant to

11 U.S.C. 347(a) and Bankruptcy Rule 3011, places unclaimed funds into the Registry

Fund.

Dated:  January 25, 2010

/s/ Frank M. Pees  
Frank M. Pees  
Chapter 13 Trustee

**Name and Address**                                           **Amount**

NCC % ADHY LLC                                                 16.28  
495 S HIGH ST STE 250  
COLUMBUS, OH  43215